### 8930.  AKIN *v.* CAMP.

The charge of the court having fully and fairly submitted to the jury the contentions of the parties, and the evidence authorizing if not demanding the verdict, it was not error to refuse a new trial.

> DECIDED MARCH 13, 1918.

Lien foreclosure; from Oconee superior court—Judge Cobb. April 12, 1917.

*O. J. Tolnas,* for plaintiff in error.

*R. R. Burger, W. M. Smith,* contra.

LUKE, J.   Akin as landlord and Camp as cropper undertook to make a crop beginning on January 1.   In the following June a disagreement resulted in Camp's surrendering the crop.   Akin, in writing, agreed to pay him for his services one hundred dollars in November, and to discharge him from all claims.   Akin defaulted in the payment of the one hundred dollars, and Camp foreclosed a laborer's lien on the crop.   The jury found in favor of the plaintiff, and the defendant filed a motion for a new trial, which was overruled, and this ruling is excepted to.   The charge of the court, which was full and fair, submitted the contentions of the parties; and the evidence of the defendant authorized, if it did not demand, a verdict in favor of the plaintiff.   The court did not err in overruling the motion for a new trial.

*Judgment affirmed.   Wade, C. J., and Jenkins, J., concur.*